

1  COOPER, WHITE & COOPER LLP
   MARCY J. BERGMAN (SBN 75826)
2    mbergman@cwclaw.com
   MERRIT JONES (SBN 209033)
3    mjones@cwclaw.com
   LEILA C. KNOX (SBN 245999)
4    lknox@cwclaw.com
   201 California Street, 17th Floor
5  San Francisco, California 94111
   Telephone:   (415) 433-1900
6  Facsimile:   (415) 433-5530

7  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.
8

**FILED**

JAN 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA** *EMC*

12                   **[San Francisco Division]**

13

AIRWAIR INTERNATIONAL LTD., a           CASE **CV 09     0135**
14  company of the United Kingdom,

15                Plaintiff,              **COMPLAINT FOR**

16  vs.                                  **(1) TRADE DRESS INFRINGEMENT**
                                         **(2) FALSE DESIGNATION OF**
17  BACK BEAT, INC., a California            **ORIGIN**
    corporation,                         **(3) DILUTION**
18                                       **(4) UNFAIR COMPETITION**
                  Defendant.
19                                       **DEMAND FOR JURY TRIAL**

20

21        1.      Plaintiff AIRWAIR INTERNATIONAL LTD. is a wholly owned subsidiary

22  of R. Griggs Group Ltd. and is engaged in the design, manufacture, marketing and sale of

23  Dr. Martens® footwear in the United States (Airwair International Ltd. and R. Griggs

24  Group Ltd. are referred to collectively hereafter as "AIRWAIR").  Airwair International

25  Ltd. and its parent company, R. Griggs Group Ltd., are companies of the United Kingdom,

26  located and doing business at Cobbs Lane, Wollaston, Wellingborough, Northamptonshire,

27  NN29 7SW, United Kingdom.

28        2.      On information and belief, defendant BACK BEAT, INC. ("BACK BEAT"

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000

COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTI
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1 | or "Defendant") is a California corporation that manufactures, markets, distributes and
2 | sells "SUGAR" brand footwear products in the United States and within this District.
3 | Defendant's footwear products are the subject matter of this action.

4 | ## JURISDICTION AND VENUE

5 | 3. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28
6 | U.S.C. § 1338(a), in that this case arises under the trademark laws of the United States, 15
7 | U.S.C. §§ 1051 et seq.

8 | 4. This Court has pendant jurisdiction under 28 U.S.C. § 1338(b), in that this
9 | case arises under claims joined with a substantial and related claim under the trademark
10 | laws of the United States.

11 | 5. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because
12 | Defendant conducts business within this District and has engaged in, and continues to
13 | engage in, acts of advertising and offering services and retail goods and products to
14 | consumers located within this District.

15 | ## FACTUAL ALLEGATIONS

16 | 6. AIRWAIR manufactures and markets Dr. Martens® footwear, and has done
17 | so since the turn of the century. The Company is headquartered in the rural village of
18 | Wollaston, England.

19 | 7. Since as early as 1984, AIRWAIR has marketed and sold Dr. Martens boots,
20 | shoes and sandals in the United States using a distinctive trade dress that features yellow
21 | stitching in the welt area of the sole and a two-tone grooved sole edge. AIRWAIR has also
22 | used a distinctive undersole design consisting of a unique horizontal grid pattern on its Dr.
23 | Martens footwear. These features will be referred to collectively hereafter as the "Trade
24 | Dress".

25 | 8. Dr. Martens footwear is widely recognized and extremely popular, and has
26 | achieved recognition as ranking among the world's greatest and most recognizable brands.
27 | The distinctive trade dress and undersole design mark of its iconic boots and shoes have
28 | been used by the company since 1960 and are world famous. Over the past 25 years,

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000     2

COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION (4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1 | millions of pairs of shoes, boots and sandals with the distinctive Trade Dress have been
2 | sold in United States.

3 |      9.    AIRWAIR holds several U.S. registrations for its Trade Dress in the United
4 | State Patent and Trademark Office, including "the combination of yellow stitching in the
5 | welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1),
6 | the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750,
7 | attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as
8 | Exhibit 3, the "DMS Design Mark"), and "the design of an sole edge including
9 | longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349,
10 | attached as Exhibit 4). All of the above trademarks (the "Trade Dress Marks") have been
11 | in use for almost 50 years, and have been used in the United States since 1984.

12 |     10.    AIRWAIR has filed declarations of continued use under Sections 8 and 15 of
13 | the Lanham Act and the trademark registrations referenced in Exhibits 1, 2 and 3 have
14 | become incontestable.

15 |     11.    AIRWAIR has been manufacturing and selling its "Classic" range of
16 | footwear using its distinctive Trade Dress including yellow welt stitching, two-tone
17 | grooved sole edge and the DMS Design mark since the early 1960s. Certain of the
18 | products in AIRWAIR's Classic range are illustrated in Exhibits 5 and 6.

19 |     12.    Over the years, AIRWAIR has developed a series of new ranges of footwear,
20 | each of which bears one or more of the Trade Dress Marks described above. Examples of
21 | Dr. Martens footwear bearing its distinctive Trade Dress Marks are illustrated in Exhibits 7
22 | and 8. AIRWAIR footwear has also incorporated a wedge sole design along with its Trade
23 | Dress Marks as illustrated in Exhibits 9 and 10.

24 |     13.    The distinctive Dr. Martens Trade Dress as described in the US Trademark
25 | registrations attached as Exhibits 1-4, individually and taken together, is distinctive or has
26 | acquired distinctiveness, and is non-functional.

27 |     14.    AIRWAIR is informed and believes that Defendant BACK BEAT has in the
28 | past and continues to manufacture, market, distribute and sell SUGAR brand shoes and

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000        3
COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1  boots that are confusingly similar to and which unlawfully copy the distinctive trade dress

2  of AIRWAIR's footwear products, in violation of its rights in the registered Trade Dress

3  Marks.

4      15.     The infringing styles manufactured, marketed and sold by Defendant

5  include, without limitation, the "DANCE DANCE REVOLUTION", "HALO", "GUITAR

6  HERO", and "ROCKBAND" shoes and boots pictured in Exhibits 11 through 15 attached

7  hereto (collectively, the "Infringing Footwear"). These products unlawfully copy and use

8  the distinctive Dr. Martens Trade Dress, including the distinctive contrasting welt

9  stitching, two-tone grooved sole edge and DMS undersole pattern. In fact, the DANCE

10  DANCE REVOLUTION shoe (Exhibit 11) is almost identical to the classic Dr. Martens

11  Mary Jane footwear (pictured in Exhibit 6 attached hereto), and the ROCKBAND style is

12  virtually identical to the iconic Dr. Martens 1460 boot, pictured in Exhibits 5 and 8.

13      16.     The Infringing Footwear is offered for sale, advertised and promoted at a

14  variety of Internet websites including www.zappos.com, www.shoemall.com,

15  www.alternativeoutfitters.com, and www.tylersaustin.com, and is available for sale

16  throughout the United Sates and abroad. Plaintiff is informed and believes that the

17  infringing footwear is regularly sold in California and in the Northern District of

18  California. True and correct copies of receipts for Defendant's footwear purchased from

19  www.zappos.com and delivered to San Francisco, California are attached hereto as Exhibit

20  16.

21      17.     The Infringing Footwear is virtually identical to styles that have been and are

22  now offered for sale by AIRWAIR. Defendant's offering for sale, and selling such

23  footwear is likely to cause and has caused confusion between Dr. Martens footwear and

24  Defendants' footwear.

25      18.     Defendant's conduct in copying AIRWAIR's registered Trade Dress Marks

26  has been systematic and deliberate. Defendant has copied the Trade Dress and the overall

27  style and configuration of Dr. Martens shoes and boots as closely as possible in a

28  deliberate and calculated attempt to trade upon the popularity and distinctive appearance

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000                                                    4
COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1  and design of AIRWAIR's Dr. Martens footwear.

2  ## ALLEGATION OF IRREPARABLE HARM

3  19.     By reason of Defendant's acts, AIRWAIR has suffered and will continue to

4  suffer damage to its business, reputation and goodwill, and the loss of sales and profits

5  AIRWAIR would have realized but for Defendant's acts. Unless restrained and enjoined,

6  Defendant will continue to engage in the acts complained of and irreparably damage

7  AIRWAIR. AIRWAIR's remedy at law is not adequate to compensate AIRWAIR for all

8  the resulting injuries arising from Defendant's actions.

9

10  ## FIRST CLAIM FOR RELIEF
### (Trademark Infringement in Violation of

11  ### Lanham Act Section 32, 15 U.S.C. Section 1114)

20.     AIRWAIR realleges and incorporates by reference paragraphs 1 through 19

12  of this Complaint.

13

14  21.     Defendant has, on or in connection with its footwear products, used in

15  commerce subject to regulation by the U.S. Congress, a reproduction, counterfeit, copy or

16  colorable imitation of AIRWAIR's registered Trade Dress Marks in connection with the

17  sale, offering for sale, distribution, and/or advertising of goods and services, which use is

18  likely to cause confusion, or to cause mistake, or to deceive.

19  22.     Defendant has, on or in connection with its footwear products, reproduced,

20  counterfeited, copied and/or imitated AIRWAIR's registered Trade Dress Marks and has

21  applied such reproduction, counterfeit, copy and/or colorable imitations to signs, displays,

22  advertisements, promotional materials, packaging, website content, and other materials

23  used in commerce in connection with the sale, offering for sale, distribution, or advertising

24  of goods and services, which use is likely to cause confusion, or to cause mistake, or to

25  deceive.

26  23.     Defendant is acting and has acted with knowledge that its unlawful copying

27  and use of AIRWAIR's registered Trade Dress Marks are counterfeit and such imitation is

28  intended to cause confusion, or to cause mistake, or to deceive.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000                                              5
COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

24.     Defendant's acts are in violation of 15 U.S.C. § 1114, and AIRWAIR has been and is likely to be damaged by these acts.

### SECOND CLAIM FOR RELIEF
**(Federal Unfair Competition and False Designation of Origin
in Violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a))**

25.     AIRWAIR realleges and incorporates herein by reference paragraphs 1 through 24 of this Complaint.

26.     Defendant's unlawful copying and use of AIRWAIR's registered Trade Dress Marks in connection with its footwear products is a false and misleading designation of origin and a false and misleading representation of facts, which:

(a)     is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with AIRWAIR, or as to the origin, sponsorship, or approval of Defendant's goods or commercial activities by AIRWAIR; and/or

(b)     in commercial advertising or promotion, misrepresent the nature, characteristics, or qualities of Defendant's goods, services, or commercial activities.

27.     Defendant's acts are in violation of 15 U.S.C. § 1125(a), and AIRWAIR has been and is likely to be damaged by these acts.

### THIRD CLAIM FOR RELIEF
**(Federal Trademark Dilution in Violation of
Lanham Act Section 43(c), 15 U.S.C. § 1125(c))**

28.     AIRWAIR realleges and incorporates herein by reference paragraphs 1 through 27 of this Complaint.

29.     AIRWAIR's Trade Dress is distinctive and famous throughout the United States.  Defendant has used and is using a trade dress on its footwear products which is substantially indistinguishable from AIRWAIR's registered Trade Dress marks, after AIRWAIR's marks became famous.

30.     On information and belief, AIRWAIR alleges that Defendant acted with

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000                                                    6
COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1  knowledge of the fame and reputation of the Dr. Martens Trade Dress Marks with the

2  purpose of usurping such rights and to willfully and intentionally confuse, mislead, and

3  deceive members of the public.

4      31.    Defendant's actions have and are likely to dilute, blur and tarnish the

5  distinctive quality of the AIRWAIR Trade Dress Marks, and lessen the capacity of

6  AIRWAIR's marks to identify and distinguish the company's products.

7      32.    Defendant's acts are in violation of 15 U.S.C. § 1125(c), and AIRWAIR has

8  been and is likely to be damaged by these acts. Unless Defendant is restrained, AIRWAIR

9  will continue to suffer damages and injury to its reputation and goodwill.

10      33.    Because defendant acted willfully and intentionally to trade on AIRWAIR's

11  reputation and/or cause dilution of AIRWAIR's famous Trade Dress, AIRWAIR is entitled

12  to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

13

14  **FOURTH CLAIM FOR RELIEF**
**(Unfair Competition in Violation of California Business**

15  **& Professions Code Section 17200, *et seq.*)**

16      34.    AIRWAIR realleges and incorporates herein by reference paragraphs 1

17  through 33 of this Complaint.

18      35.    Defendant's acts including the unlawful use and imitation of AIRWAIR's

19  registered Trade Dress Marks in connection with the manufacture, marketing, distribution

20  and sale of its footwear products constitutes an unlawful, unfair or fraudulent business act

21  or practice and unfair, deceptive, untrue or misleading advertising, in violation of

22  California Business and Professions Code §§ 17200, *et seq.*

23      36.    Defendant's pattern and practice of imitating AIRWAIR's registered Trade

24  Dress Marks in connection with its footwear products, and of trading upon AIRWAIR's

25  goodwill and reputation, constitutes an unfair business practice in violation of California

26  Business and Professions Code §§ 17200, *et seq.*

27      37.    Defendant's conduct was willful, and AIRWAIR has been and is likely to be

28  damaged by these acts.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000       7

COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

**FIFTH CLAIM FOR RELIEF**
**(Common Law Unfair Competition)**

38.    AIRWAIR realleges and incorporates by reference paragraphs 1 through 37 of this Complaint.

39.    Defendant's use and imitation of AIRWAIR's registered Trade Dress Marks and the combination of its style features in shoes and boots constitutes infringement, copying, imitation, and misappropriation of AIRWAIR's intellectual property, unjust enrichment of Defendant, and unfair competition with AIRWAIR in violation of AIRWAIR's rights under the common law of the State of California and other states of the United States.

40.    Defendant's willful acts of misrepresentation, fraud and deceit have unjustly enriched Defendant and violated AIRWAIR's rights.

**SIXTH CLAIM FOR RELIEF**
**(Dilution in Violation of California Business &**
**Professions Code Section 14330, *et seq.*)**

41.    AIRWAIR realleges and incorporates by reference paragraphs 1 through 40 of this Complaint.

42.    Defendant has, in connection with its footwear products, used a trade dress that is substantially identical to AIRWAIR's registered Trade Dress Marks and has caused a dilution of the distinctive quality of AIRWAIR's footwear products and its Trade Dress Marks and the goodwill represented thereby.

43.    AIRWAIR's Trade Dress Marks have become famous, and Defendant has used and is using a trade dress which is substantially identical to AIRWAIR's marks, after AIRWAIR's marks became famous.

44.    Defendant's actions have diluted, blurred and tarnished the strong and positive associations represented by AIRWAIR's Trade Dress Marks, by lessening the capacity of AIRWAIR's marks to identify and distinguish AIRWAIR's products, and by causing AIRWAIR's products and marks to be associated with footwear not made,

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1 sponsored or approved by AIRWAIR.

2 45. Defendant's acts are in violation of California Business & Professions Code

3 sections 14330, *et seq*, and AIRWAIR has been and is likely to be damaged by these acts.

4 **PRAYER FOR RELIEF**

5 Wherefore, AIRWAIR prays for judgment in its favor and against Defendant and

6 for:

7 A. A preliminary and permanent injunction enjoining Defendant, its officers,

8 shareholders, agents, servants, employees, attorneys, successors and assigns, distributors,

9 retailers, and those in privity with them, and those persons in active concert or

10 participation with any of them who receive actual notice of the judgment by personal

11 service or otherwise, from manufacturing, marketing, distributing or selling the Infringing

12 Footwear or any other footwear products that use, imitate or copy any of AIRWAIR's

13 registered Trade Dress Marks, as illustrated in Exhibits 1-4, or any combination of them.

14 B. An Order directing Defendant to file with this Court and serve on Plaintiff's

15 counsel within 30 days after service of an injunction, a report under oath setting forth in

16 detail the manner and form in which Defendant has complied with the injunction.

17 C. An Order that all point-of-sale materials, labels, signs, boxes, prints,

18 catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers,

19 other trade dress, and advertisements in the possession or control of Defendant bearing

20 images, illustrations, or representations of the enjoined shoes and boots, trade dress and

21 undersole patterns, and all plates, molds, matrixes, and other means of making the same,

22 be delivered to AIRWAIR's counsel or destroyed.

23 D. An accounting for Defendant's profits arising from Defendant's unfair

24 competition and trademark infringement and an award of Defendant's profits to Plaintiff.

25 E. An award of damages sustained by Plaintiff.

26 F. In the alternative to actual damages and profits, an award of statutory

27 damages in an amount of not more than $1,000,000 per counterfeit mark per type of

28 services and/or goods sold or offered for sale by Defendant.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

610598.4 / 12661-5000        9
COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION
(4) UNFAIR COMPETITION (5) FALSE ADVERTISING

1      G.      An award of treble the actual damages awarded.

2      H.      Pre-judgment and post-judgment interest on the above damage awards.

3      I.      An award of costs and reasonable attorney's fees and expenses incurred by

4 AIRWAIR in connection with this action.

5      J.      Such other and further relief which this Court may deem just.

6

7                   **DEMAND FOR JURY TRIAL**

8     AIRWAIR hereby demands a trial by jury.

9

10 DATED: January _12_, 2009          COOPER, WHITE & COOPER, LLP

11

12                           By: _____

                                  MARCY J. BERGMAN

13                              MERRIT M. JONES

                             LEILA C. KNOX

14                              Attorneys for Plaintiff

                             AIRWAIR INTERNATIONAL LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

610598.4 / 12661-5000                   10

COMPLAINT FOR (1) TRADE DRESS INFRINGEMENT (2) FALSE DESIGNATION OF ORIGIN (3) DILUTION (4) UNFAIR COMPETITION (5) FALSE ADVERTISING

# EXHIBIT 1

United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 22 04:16:27 EST 2008*

| TESS Home | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| Goods and Services | IC 025. US 039. G & S: footwear. FIRST USE: 19600401. FIRST USE IN COMMERCE: 19840000 |
|---|---|
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 09.07.01 - Boots, hiking; Boots, rain and snow; Boots, western (cowboy); Hiking boots; Waders, wading boats (fishing)<br>29.03.08 - Yellow or gold (single color used on a portion of the goods) |
| Serial Number | 74494466 |
| Filing Date | February 25, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 18, 2000 |
| Registration Number | **2437751** |
| Registration Date | March 27, 2001 |
| Owner | (REGISTRANT) R. Griggs Group Limited CORPORATION UNITED KINGDOM Cobbs Lane, Wollaston, Wellingborough Northants NN8 7SW UNITED KINGDOM<br><br>(LAST LISTED OWNER) AIRWAIR INTERNATIONAL LTD. CORPORATION UNITED KINGDOM COBB'S LANE WOLLASTON, NORTHAMPTONSHIRE UNITED KINGDOM NN29 7SW |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | ANNE HIARING HOCKING |
| Description of Mark | The mark consists of the combination of yellow stitching in the welt area and a two-tone grooved sole edge. The drawing of the welt stitch is lined for the color yellow, and claim is made to color. |

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL-2(F)

**Affidavit Text**    SECT 15. SECT 8 (6-YR).

**Live/Dead
Indicator**    LIVE

# EXHIBIT 2

**United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 22 04:16:27 EST 2008*

PTO NEWS | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 039. G & S: footwear. FIRST USE: 19600401. FIRST USE IN COMMERCE: 19840000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.07.01 - Boots, hiking; Boots, rain and snow; Boots, western (cowboy); Hiking boots; Waders, wading boats (fishing)<br>29.03.08 - Yellow or gold (single color used on a portion of the goods) |
| **Serial Number** | 74494463 |
| **Filing Date** | February 25, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 29, 1998 |
| **Registration Number** | **2437750** |
| **Registration Date** | March 27, 2001 |
| **Owner** | (REGISTRANT) R.Griggs Group Limited CORPORATION UNITED KINGDOM Cobbs Lane, Wollaston Wellingborough, Northants NN8 7SW UNITED KINGDOM<br><br>(LAST LISTED OWNER) AIRWAIR INTERNATIONAL LTD. CORPORATION UNITED KINGDOM COBB'S LANE WOLLASTON, NORTHAMPTONSHIRE UNITED KINGDOM NN29 7SW |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANNE HIARING HOCKING |
| **Description of** | The mark consists of a welt stitch located around the perimeter of footwear. The phantom lining is not a |

**Mark**          part the mark, but merely indicates the position of the mark. The drawing of the welt stitch is lined for the color yellow and claim is made to color.

**Type of Mark**   TRADEMARK

**Register**       PRINCIPAL-2(F)

**Affidavit Text** SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP |

# EXHIBIT 3



**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 22 04:16:27 EST 2008*

| TESS Home | New User | Structured | Free Form | Browse Dict | SEARCH OG | Bottom | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet*

*Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: footwear. FIRST USE: 19920800. USED IN ANOTHER FORM First used in another form in 1978. FIRST USE IN COMMERCE: 19920900 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.07.07 - Foot prints, human |
| **Serial Number** | 74502418 |
| **Filing Date** | March 21, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 7, 1996 |
| **Registration Number** | 2102468 |
| **Registration Date** | October 7, 1997 |
| **Owner** | (REGISTRANT) R. Griggs Group Limited CORPORATION UNITED KINGDOM NENE PARK STATION ROAD IRTHLINGBOROUGH Northants NN9 5QG UNITED KINGDOM |
| | (LAST LISTED OWNER) AIRWAIR INTERNATIONAL LTD. CORPORATION UNITED KINGDOM COBB'S LANE WOLLASTON, NORTHAMPTONSHIRE UNITED KINGDOM NN29 7SW |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANNE HIARING |
| **Description of Mark** | The mark consists of the design of an undersole. The phantom lining is not a part of the mark, but merely indicates the position of the mark. |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071018. |
| **Renewal** | 1ST RENEWAL 20071018 |
| **Live/Dead Indicator** | LIVE |

# EXHIBIT 4

**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 22 04:16:27 EST 2008*

| DESC DOCS | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: footwear. FIRST USE: 19600401. FIRST USE IN COMMERCE: 19840000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.07.01 - Boots, hiking; Boots, rain and snow; Boots, western (cowboy); Hiking boots; Waders, wading boats (fishing) |
| **Serial Number** | 74494464 |
| **Filing Date** | February 25, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Supplemental Register Date** | May 30, 1997 |
| **Registration Number** | 2104349 |
| **Registration Date** | October 7, 1997 |
| **Owner** | (REGISTRANT) R. Griggs Group Limited CORPORATION UNITED KINGDOM NENE PARK, STATION ROAD Irthlingborough, Northants NN9 5QG GREAT BRITAIN |
| | (LAST LISTED OWNER) AIRWAIR INTERNATIONAL LTD. CORPORATION UNITED KINGDOM COBB'S LANE WOLLASTON, NORTHAMPTONSHIRE UNITED KINGDOM NN29 7SW |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANNE HIARING HOCKING |
| **Description of Mark** | The mark consists of the design of an sole edge including longitudinal ribbing, and a dark color band over a light color. The phantom lining is not a part of the mark, but merely indicates the position of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | SUPPLEMENTAL |

**Affidavit Text**      SECT 8 (6-YR). SECTION 8(10-YR) 20071018.

**Renewal**            1ST RENEWAL 20071018

**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | Top | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 5

11821006_1460_black_smooth_new[1].jpg (3601x3328x24b jpeg)



# EXHIBIT 6

12295710_mary_jane_cracklin_goldilocks[1].jpg (4293x2822x24b jpeg)



12277001_club_mary_jane_black[1].jpg (3970x2624x24b jpeg)



# EXHIBIT 7

saracenstrap.jpg (1600x2122x24b jpeg)



# EXHIBIT 8

11821407_lottie_1460_blue_little_flowers[1].jpg (3820x3744x24b jpeg)



# EXHIBIT 9

wedge - cissie a.jpg (500x286x24b jpeg)



# EXHIBIT 10

milly boot.jpg (415x450x24b jpeg)



# EXHIBIT 11

# SUGAR

# DANCE DANCE REVOLUTION PU DITZY FLORAL

picture 002.jpg (2288x1712x24b.jpeg)



picture 003.jpg (2288x1712x24b jpeg)



# EXHIBIT 12

# SUGAR

# GUITAR HERO PU CRINKLE

p1010005.jpg (1600x1197x24b jpeg)



p1010006.jpg (2288x1712x24b jpeg)



# EXHIBIT 13

# SUGAR

# HALO PEACE PRINT

p1010004.jpg (2288x1712x24b jpeg)



p1010007.jpg (2288x1712x24b jpeg)



# EXHIBIT 14

# SUGAR

# ROCKBAND DITZY FLORAL

picture 004.jpg (1600x1197x24b jpeg)



picture 007.jpg (2288x1712x24b jpeg)



# EXHIBIT 15

# SUGAR

# ROCKBAND PU BRUSH OFF

picture 006.jpg (1600x1197x24b jpeg)



picture 010.jpg (2288x1712x24b jpeg)



# EXHIBIT 16

Zappos Sites: **Zappos.com**  Couture  RideShop  Running  Outdoor  Blogs          Shopping Cart | My Account | My Favorites | Help

Free Shipping & Free 365 Day Returns*                                    24/7 Customer Service 1-800-927-7671
*International shipping is now available to select locations - Learn more!         (Español 1-888-927-4104)

## Get FREE OVERNIGHT SHIPPING ON CLOTHING through Dec. 1st!

## My Account: Order Information                    Logout



### Receipt for Order #66320865

### Order #66320865 - placed on 2008-11-20 13:48:51

| Item | Attributes | Status | Tracking | Price |
|------|-----------|--------|----------|-------|
|  **Sugar Halo Peace Print** | Size: 6.5 Width: M Color: Brown | Shipped | Track Shipment: 1Z5FW1141370862957 Shipped: 2008-11-20 17:41:23 | 93.00 |
|  **Sugar Guitar Hero** | Size: 8 Width: M Color: Black | Shipped | Track Shipment: 1Z5FW1141370862957 Shipped: 2008-11-20 17:41:23 | 90.00 |





Subtotal: 183.00
Shipping:  0.00
**Total: 183.00**
**Billed: 183.00**

### Want to Return Your Item(s)?

Please click on the button below:

**Proceed to Return Process**

To process an **exchange** please call 1.800.927.7671 and press option 3.

### Shipping Address

Leila Knox
201 California St. 17th Floor
San Francisco, CA 94111
United States of America
5105279555

 CLOTHING

Home
Brand List
Latest Styles

Shoes
Clothing
Bags & Luggage
Backpacks
Boots
Slippers
Accessories
Electronics
Entertainment
Eyewear
Watches
Housewares
Jewelry

Women's Shoes, Clothing
& Handbags
Men's Shoes, Clothing &
Accessories
Juniors' Shoes, Clothing &
Handbags
Young Men's Shoes,
Clothing & Accessories
Kids' Shoes & Clothing

Wide Shoes
Narrow Shoes
Couture Brands
Designer Brands

LIVE HELP

Online Live!

Zappos Sites: **Zappos.com**  Couture  RideShop  Running  Outdoor  Blogs          Shopping Cart | My Account | My Favorites | Help

**Free Shipping & Free 365 Day Returns***
*International shipping is now available to select locations - Learn more!

24/7 Customer Service 1-800-927-7671
(Español 1-888-927-4104)

## Get FREE OVERNIGHT SHIPPING ON CLOTHING through Dec. 1st!

## My Account: Order Information                        Logout

**FREE SHIPPING BOTH WAYS**

### Receipt for Order #64794290

#### Order #64794290 - placed on 2008-09-18 13:26:16

| Item | Attributes | Status | Tracking | Price |
|------|-----------|--------|----------|-------|
| | **Size:** 7 **Width:** M **Color:** Black Ditzy Floral | **Shipped** | Track Shipment: 1Z5FW1141358831147 Shipped: 2008-09-18 15:40:04 | 64.00 |

**Sugar Dance**

**LIVE HELP**

CHAT Online Live!

|  |  |
|--|--|
| Subtotal: | 64.00 |
| Shipping: | 0.00 |
| **Total:** | **64.00** |
| **Billed:** | **64.00** |

**LOVE HEALTH INC.**
**CLOTHING**

Home
Brand List
Latest Styles

Shoes
Clothing
Bags & Luggage
Backpacks
Boots
Slippers
Accessories
Electronics
Entertainment
Eyewear
Watches
Housewares
Jewelry

Women's Shoes, Clothing & Handbags
Men's Shoes, Clothing & Accessories
Juniors' Shoes, Clothing & Handbags
Young Men's Shoes, Clothing & Accessories
Kids' Shoes & Clothing

Wide Shoes
Narrow Shoes
Couture Brands
Designer Brands

### Want to Return Your Item(s)?

Please click on the button below:

**Proceed to Return Process**

To process an **exchange** please call 1.800.927.7671 and press option 3.

#### Shipping Address

Leila Knox
201 California St. 17th Floor
San Francisco, CA 94111
United States of America
5105279555