# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL, LTD.<br><br>Plaintiff,<br><br>v.<br><br>BACK BEAT, INC.<br><br>Defendants. | Case No. ~~08-4248 SC~~   09-0135 EMC<br><br>~~PROPO~~SED ORDER GRANTING SUBSTITUTION OF ATTORNEY'S LAW FIRM |

Before the Court is Plaintiff's counsel's Substitution of Attorney. Having complied with the local rules, the Substitution is hereby GRANTED. Marcy Bergman and Deborah Goldfarb of Bryan Cave, LLP are hereby SUBSTITUTED as counsel of record for Plaintiff Airware International, Ltd. The law firm of Cooper, White & Cooper are hereby withdrawn from this case.

It is so ORDERED.

Dated: April 9, 2009  _____
Honorable
United S



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SF01DOCS\11272.1

1