BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendant,
BACK BEAT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>BACK BEAT, INC., a California corporation,<br><br>Defendant. | Case No. CV 09-00135 EMC<br><br>**ANSWER OF DEFENDANT BACK BEAT, INC. TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Hon. Edward M. Chen |

Defendant, Back Beat, Inc. ("Defendant") responds to the allegations in the Complaint filed by Plaintiff Airwair International Ltd. ("Plaintiff") as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of the allegations of Paragraph 1 of the Complaint.

2. Defendant admits the allegations of Paragraph 2 of the Complaint.

**JURISDICTION AND VENUE**

3. Defendant admits the allegations of Paragraph 3 of the Complaint, except that it denies that this case "arises" out of any valid claim against Defendant.

4. Defendant admits the allegations of Paragraph 4 of the Complaint, except that it denies that this case "arises" out of any valid claim against Defendant..

5. Defendant denies the allegations of Paragraph 5 of the Complaint.

## FACTUAL ALLEGATIONS

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint.

7. Defendant denies that Plaintiff has protectable trade dress rights. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 7 of the Complaint.

8. Defendant denies that Plaintiff has protectable trade dress rights. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 8 of the Complaint.

9. Defendant admits that Exhibits 1-4 appear to be correct copies of trademark registrations as described in Paragraph 9 of the Complaint. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 of the Complaint.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 10 of the Complaint.

11. Defendant denies that Plaintiff has protectable trade dress rights. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 11 of the Complaint.

12. Defendant denies that Plaintiff has protectable trade dress rights. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 12 of the Complaint.

13. Defendant denies the allegations of Paragraph 13 of the Complaint.

14. Defendant denies the allegations of Paragraph 14 of the Complaint.

15. Defendant denies the allegations of Paragraph 15 of the Complaint.

16. Defendant denies the allegations of Paragraph 16 of the Complaint, except that it lacks knowledge or information sufficient to form a belief as to the truth of the last sentence of Paragraph 16 of the Complaint, or the authenticity of the document attached as Exhibit 16 to the Complaint.

17. Defendant denies the allegations of Paragraph 17 of the Complaint.

18. Defendant denies the allegations of Paragraph 18 of the Complaint.

## ALLEGATION OF IRREPARABLE HARM

19. Defendant denies the allegations of Paragraph 19 of the Complaint.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement in Violation of

### Lanham Act Section 32, 15 U.S.C. Section 1114)

20. Defendant incorporates by reference its responses to Paragraphs 1 through 19 of the Complaint.

21. Defendant denies the allegations of Paragraph 21 of the Complaint.

22. Defendant denies the allegations of Paragraph 22 of the Complaint.

23. Defendant denies the allegations of Paragraph 23 of the Complaint.

24. Defendant denies the allegations of Paragraph 24 of the Complaint.

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin

### in Violation of Lanham Act Section 43(a), 15 U.S.C. §1125(a))

25. Defendant incorporates by reference its responses to Paragraphs 1 through 24 of the Complaint.

26. Defendant denies the allegations of Paragraph 26 of the Complaint.

27. Defendant denies the allegations of Paragraph 27 of the Complaint.

### THIRD CLAIM FOR RELIEF

### (Federal Trademark Dilution in Violation of Lanham Act Section 43(c), 15 U.S.C. §1125(c))

28. Defendant incorporates by reference its responses to Paragraphs 1 through 28 of the Complaint.

29. Defendant denies the allegations of Paragraph 29 of the Complaint.

30. Defendant denies the allegations of Paragraph 30 of the Complaint.

31. Defendant denies the allegations of Paragraph 31 of the Complaint.

32. Defendant denies the allegations of Paragraph 32 of the Complaint.

33. Defendant denies the allegations of Paragraph 33 of the Complaint.

### FOURTH CLAIM FOR RELIEF

### (Unfair Competition in Violation of California Business & Professions Code Section 17200, et seq.)

34. Defendant incorporates by reference its responses to Paragraphs 1 through 33 of the Complaint.

35. Defendant denies the allegations of Paragraph 35 of the Complaint.

36. Defendant denies the allegations of Paragraph 36 of the Complaint.

37. Defendant denies the allegations of Paragraph 37 of the Complaint.

### FIFTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

38. Defendant incorporates by reference its responses to Paragraphs 1 through 37 of the Complaint.

39. Defendant denies the allegations of Paragraph 39 of the Complaint.

40. Defendant denies the allegations of Paragraph 40 of the Complaint.

## SIXTH CLAIM FOR RELIEF

### (Dilution in Violation of California Business & Professions Code Section 14330, et seq.)

41. Defendant incorporates by reference its responses to Paragraphs 1 through 40 of the Complaint.

42. Defendant denies the allegations of Paragraph 42 of the Complaint.

43. Defendant denies the allegations of Paragraph 43 of the Complaint.

44. Defendant denies the allegations of Paragraph 44 of the Complaint.

45. Defendant denies the allegations of Paragraph 45 of the Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint, and each cause of action set forth in the Complaint, fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Defendant alleges on information and belief that Plaintiff has no protectable trademark or trade dress rights as alleged in the Complaint.

### Third Affirmative Defense

Defendant alleges on information and belief that Plaintiff is pursuing this action in bad faith and with actual knowledge that there is no monetary recovery available to it in this matter.

### Fourth Affirmative Defense

Defendant alleges on information and belief that Plaintiffs' claims are barred in whole in or in part by the equitable principle and defense of unclean hands, and that Plaintiff therefore is precluded at law and in equity from asserting any of the claims purported to be set forth in the Complaint

**THEREFORE**, Defendant requests judgment as follows:

1. That Plaintiff take nothing by its Complaint;
2. That the Court award Defendant its costs of suit;
3. That the Court award Defendant its attorneys' fees and litigation expenses; and
4. That Defendant receive all other relief that the Court deems proper.

DATED: April 17, 2009

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By   /s/ Brian K. Brookey
     Brian K. Brookey

Attorneys for Defendant,
BACK BEAT, INC.

## DEMAND FOR JURY TRIAL

Defendant Back Beat, Inc. demands a jury trial on all issues for which a jury trial is permitted.

DATED: April 17, 2009

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By  /s/ Brian K. Brookey
      Brian K. Brookey

Attorneys for Defendant,
BACK BEAT, INC.

SCL PAS845098.1-*-04/17/09 9:56 AM