1  BRYAN CAVE LLP
   MARCY J. BERGMAN (SBN 75826)
2    marcy.bergman@bryancave.com
   DEBORAH GOLDFARB (SBN 214942)
3    debbie.goldfarb@bryancave.com
   Two Embarcadero Center, Suite 1410
4  San Francisco, California 94111
   Telephone:   (415) 675-3400
5  Facsimile:   (415) 675-3434

6  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      [San Francisco Division]

11

12  AIRWAIR INTERNATIONAL LTD., a         CASE NO. C 09-00135 EMC
13  company of the United Kingdom,
                                          **CONSENT JUDGMENT AND
14              Plaintiff,                 PERMANENT INJUNCTION**

15      vs.

16  BACK BEAT, INC., a California
    corporation,
17
                Defendant.
18

19      The parties hereto having agreed to a settlement of the claims between them, and

20  having stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED

21  AND DECREED:

22      1.      This Court has jurisdiction over defendant Back Beat, Inc. and over the

23  subject matter at issue in this action.  Defendant Back Beat, Inc. consents to jurisdiction of

24  this Court for the purpose of executing and enforcing this Consent Judgment and

25  Permanent Injunction, and this Court retains jurisdiction for this purpose.

26      2.      AIRWAIR represents that it is the owner of the Dr. Martens® trade dress for

27  footwear and is the owner of several U.S. registrations for its trade dress in the United

28  States Patent and Trademark Office, including "the combination of yellow stitching in the

1  welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1),

2  the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750,

3  attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as

4  Exhibit 3, the "DMS Design Mark"), and "the design of an sole edge including

5  longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349,

6  attached as Exhibit 4) (collectively "AIRWAIR Trade Dress Marks"). AIRWAIR

7  contends that it has the exclusive right to use the AIRWAIR Trade Dress Marks in

8  commerce, on or in connection with footwear.

9      3.    BACK BEAT acknowledges the validity the trademark registrations attached

10  as Exhibits 1 – 4.

11      4.    BACK BEAT has manufactured, imported, distributed, offered for sale and

12  sold at wholesale and retail shoes and boots that contain a white or beige color stitching in

13  the welt area, a grooved sole edge with longitudinal ribbing, and the undersole design as

14  shown in the DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND

15  and ROCKBAND GRANDE styles shown in attachments 5 - 10 hereto (referred to

16  collectively as "BACK BEAT INFRINGING FOOTWEAR"). BACK BEAT represents

17  and warrants that it sold in the United States 16,797 units of the BACK BEAT Infringing

18  Footwear for a total of approximately $349,024 and that as of the date of this Agreement,

19  no more than 4,578 units of the BACK BEAT Infringing Footwear remain in its inventory.

20      5.    BACK BEAT represents and warrants that as of the date of this Agreement,

21  it has discontinued manufacturing, licensing, distributing, purchasing or selling the

22  DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND and

23  ROCKBAND GRANDE styles of BACK BEAT footwear in the United States and

24  worldwide. BACK BEAT further represents and warrants that it has not manufactured,

25  distributed, sold or offered for sale any other footwear styles that contain a white or beige

26  color stitching in the welt area and a grooved sole edge with longitudinal ribbing, or the

27  undersole design shown in Exhibit 10.

28      6.    BACK BEAT agrees to pay AIRWAIR a settlement amount as set forth in

1 | the parties' Confidential Settlement and Release Agreement.

2 |       7.    BACK BEAT, and each of its officer, directors, agents, servants, employees,
3 | subsidiaries, affiliates, predecessors, successors and/or other related companies, and
4 | persons in active concert or participation with BACK BEAT who receive actual notice of
5 | this order by personal service or otherwise, are permanently enjoined from manufacturing,
6 | importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or
7 | offering for sale any footwear or any component part thereof that copies, imitates, or is
8 | confusingly similar to the AIRWAIR Trade Dress as illustrated in Exhibits 1 – 4 hereto,
9 | and any footwear with any of the AIRWAIR Trade Dress features of yellow welt stitching,
10 | two tone grooved sole edge, and/or the DMS undersole pattern.

11 |       8.    All point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets,
12 | marketing materials, internet web pages, metatags, packages, papers, other trade dress, and
13 | advertisements in the possession of BACK BEAT bearing images, illustrations, or
14 | representations of the enjoined shoes and boots, trade dress and undersole patterns, and all
15 | plates, molds, matrixes, and other means of making the same, shall be delivered to
16 | AIRWAIR's counsel or destroyed within ten (10) days.

17 |       9.    BACK BEAT agrees to donate all remaining inventory of BACK BEAT
18 | Infringing Footwear to a charity designated by AIRWAIR within 10 business days.  BACK
19 | BEAT will be solely responsible for all storage, transportation and other expenses
20 | allocated with the donation of the remaining inventory of BACK BEAT Infringing
21 | Footwear.

22 | IT IS SO ORDERED.

23 | DATED: _____, 2009

24 |

25 |                                     By: _____

26 |                                          The Honorable Edward M. Chen
                                       Judge of the U.S. District Court

27 | / / /

28 | / / /

1    We hereby consent to entry of this Consent Judgment and Permanent Injunction:

2    DATED: June 16, 2009                    CHRISTIE PARKER HALE LLP

3

4                                            By: _____

5                                               Brian K. Brookey
                                                Attorneys for Defendant Back Beat, Inc.
6

7    DATED: June 24, 2009                    BRYAN CAVE LLP

8

9                                            By: _____

10                                              Marcy J. Bergman
                                                Attorneys for Plaintiff
                                                AIRWAIR INTERNATIONAL LTD.
     12583.1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

# United States Patent and Trademark Office

**Reg. No. 2,437,751**
**Registered Mar. 27, 2001**

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW, AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF YELLOW STITCHING IN THE WELT AREA
AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# EXHIBIT 2

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

# United States Patent and Trademark Office

Reg. No. 2,437,750
Registered Mar. 27, 2001

## TRADEMARK
## PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
  DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
  UNITED KINGDOM

  FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

  FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

  THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

  THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

  SEC. 2(F).

  SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
  TORNEY

# EXHIBIT 3

SF/N007601/12368.1

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,102,468**

## United States Patent and Trademark Office

**Registered Oct. 7, 1997**

### TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOR-
OUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 8-0-1992, FIRST USED IN AN-
OTHER FORM IN 1978; IN COMMERCE
9-0-1992, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN UNDERSOLE.

SER. NO. 74-502,418, FILED 3-21-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,104,349

Registered Oct. 7, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
    DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
    UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).
    FIRST   USE   4–1–1960;   IN   COMMERCE
0–0–1984.
    THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN SOLE EDGE INCLUDING LONGITUDI-
NAL RIBBING, AND A DARK COLOR BAND
OVER A LIGHT COLOR.

SER. NO. 74–494,464, FILED P.R. 2–25–1994;
AM. S.R. 5–30–1997.

CATHERINE KAISER KREBS, EXAMINING
    ATTORNEY

# EXHIBIT 5



MARY JANE Shoe By Airwair
1226310_mary_jane_crackin_godanced(1)jpg (423Dx2822424).jpeg)



DANCE DANCE REVOLUTION by Sugar Shoes

# EXHIBIT 6



SARACEN Boot by Airwair



HALO  Boot by Sugar Shoes

# EXHIBIT 7

GUITAR HERO Boot by Sugar Shoes



SARACEN Boot by Airwair



# EXHIBIT 8

**Sugar's Rock Band Style Footwear**



**Doc. Martens Classic 1460 Boot**



# EXHIBIT 9

Sugar Shoe's ROCKBAND GRANDE



1B60 "20 EYE" Boot BY Airwair





Print  Close ⊠

**Sugar Women's Rock Band Boot**
Style No. 149684



**Other Views**

