1  BRYAN CAVE LLP
   MARCY J. BERGMAN (SBN 75826)
2    marcy.bergman@bryancave.com
   DEBORAH GOLDFARB (SBN 214942)
3    debbie.goldfarb@bryancave.com
   Two Embarcadero Center, Suite 1410
4  San Francisco, California 94111
   Telephone:   (415) 675-3400
5  Facsimile:   (415) 675-3434

6  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       [San Francisco Division]
11

12
   AIRWAIR INTERNATIONAL LTD., a         CASE NO. C 09-00135 EMC
13  company of the United Kingdom,
                                          **CONSENT JUDGMENT AND**
14              Plaintiff,                 **PERMANENT INJUNCTION**

15       vs.

16  BACK BEAT, INC., a California
   corporation,
17
                Defendant.
18

19        The parties hereto having agreed to a settlement of the claims between them, and

20  having stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED

21  AND DECREED:

22        1.     This Court has jurisdiction over defendant Back Beat, Inc. and over the

23  subject matter at issue in this action.  Defendant Back Beat, Inc. consents to jurisdiction of

24  this Court for the purpose of executing and enforcing this Consent Judgment and

25  Permanent Injunction, and this Court retains jurisdiction for this purpose.

26        2.     AIRWAIR represents that it is the owner of the Dr. Martens® trade dress for

27  footwear and is the owner of several U.S. registrations for its trade dress in the United

28  States Patent and Trademark Office, including "the combination of yellow stitching in the

1 welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1),

2 the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750,

3 attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as

4 Exhibit 3, the "DMS Design Mark"), and "the design of an sole edge including

5 longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349,

6 attached as Exhibit 4) (collectively "AIRWAIR Trade Dress Marks"). AIRWAIR

7 contends that it has the exclusive right to use the AIRWAIR Trade Dress Marks in

8 commerce, on or in connection with footwear.

9     3.     BACK BEAT acknowledges the validity the trademark registrations attached

10 as Exhibits 1 – 4.

11     4.     BACK BEAT has manufactured, imported, distributed, offered for sale and

12 sold at wholesale and retail shoes and boots that contain a white or beige color stitching in

13 the welt area, a grooved sole edge with longitudinal ribbing, and the undersole design as

14 shown in the DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND

15 and ROCKBAND GRANDE styles shown in attachments 5 - 10 hereto (referred to

16 collectively as "BACK BEAT INFRINGING FOOTWEAR"). BACK BEAT represents

17 and warrants that it sold in the United States 16,797 units of the BACK BEAT Infringing

18 Footwear for a total of approximately $349,024 and that as of the date of this Agreement,

19 no more than 4,578 units of the BACK BEAT Infringing Footwear remain in its inventory.

20     5.     BACK BEAT represents and warrants that as of the date of this Agreement,

21 it has discontinued manufacturing, licensing, distributing, purchasing or selling the

22 DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND and

23 ROCKBAND GRANDE styles of BACK BEAT footwear in the United States and

24 worldwide. BACK BEAT further represents and warrants that it has not manufactured,

25 distributed, sold or offered for sale any other footwear styles that contain a white or beige

26 color stitching in the welt area and a grooved sole edge with longitudinal ribbing, or the

27 undersole design shown in Exhibit 10.

28     6.     BACK BEAT agrees to pay AIRWAIR a settlement amount as set forth in

1    the parties' Confidential Settlement and Release Agreement.

2          7.     BACK BEAT, and each of its officer, directors, agents, servants, employees,

3    subsidiaries, affiliates, predecessors, successors and/or other related companies, and

4    persons in active concert or participation with BACK BEAT who receive actual notice of

5    this order by personal service or otherwise, are permanently enjoined from manufacturing,

6    importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or

7    offering for sale any footwear or any component part thereof that copies, imitates, or is

8    confusingly similar to the AIRWAIR Trade Dress as illustrated in Exhibits 1 – 4 hereto,

9    and any footwear with any of the AIRWAIR Trade Dress features of yellow welt stitching,

10   two tone grooved sole edge, and/or the DMS undersole pattern.

11         8.     All point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets,

12   marketing materials, internet web pages, metatags, packages, papers, other trade dress, and

13   advertisements in the possession of BACK BEAT bearing images, illustrations, or

14   representations of the enjoined shoes and boots, trade dress and undersole patterns, and all

15   plates, molds, matrixes, and other means of making the same, shall be delivered to

16   AIRWAIR's counsel or destroyed within ten (10) days.

17         9.     BACK BEAT agrees to donate all remaining inventory of BACK BEAT

18   Infringing Footwear to a charity designated by AIRWAIR within 10 business days.  BACK

19   BEAT will be solely responsible for all storage, transportation and other expenses

20   allocated with the donation of the remaining inventory of BACK BEAT Infringing

21   Footwear.

22   IT IS SO ORDERED.

23   DATED: _____June 26_____, 2009

24

25                     By: _____

26                          The Honorable

27                          Judge of the

/ / /

28   / / /



UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

1  We hereby consent to entry of this Consent Judgment and Permanent Injunction:

2  DATED: June 16, 2009            CHRISTIE PARKER HALE LLP

3

4                                  By: _____

5                                  Brian K. Brookey
                                    Attorneys for Defendant Back Beat, Inc.
6

7  DATED: June 24, 2009            BRYAN CAVE LLP

8

9                                  By: _____
                                    Marcy J. Bergman
10                                  Attorneys for Plaintiff
                                    AIRWAIR INTERNATIONAL LTD.
   12583.1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

# United States Patent and Trademark Office

**Reg. No. 2,437,751**
**Registered Mar. 27, 2001**

## TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW, AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF YELLOW STITCHING IN THE WELT AREA
AND A TWO-TONE GROOVED SOLE EDGE.

SEC. 2(F).

SER. NO. 74-494,466, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# EXHIBIT 2

SF/N007601/12368.1

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

## United States Patent and Trademark Office

**Reg. No. 2,437,750**
**Registered Mar. 27, 2001**

### TRADEMARK
### PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED
FOR THE COLOR YELLOW AND CLAIM IS MADE
TO COLOR.

THE MARK CONSISTS OF A WELT STITCH
LOCATED AROUND THE PERIMETER OF FOOT-
WEAR. THE PHANTOM LINING IS NOT A PART
THE MARK, BUT MERELY INDICATES THE POSI-
TION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING AT-
TORNEY

# *EXHIBIT 3*

SF/N007601/12368.1

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,102,468**

## United States Patent and Trademark Office

Registered Oct. 7, 1997

### TRADEMARK
### PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
DOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOR-
OUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 8–0–1992, FIRST USED IN AN-
OTHER FORM IN 1978; IN COMMERCE

9–0–1992, FIRST USED IN COMMERCE IN AN-
OTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN UNDERSOLE.

SER. NO. 74–502,418, FILED 3–21–1994.

JEFFREY LOOK, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,104,349**

## United States Patent and Trademark Office

Registered Oct. 7, 1997

### TRADEMARK
#### SUPPLEMENTAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KING-
   DOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW,
   UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).
   FIRST   USE   4–1–1960;   IN   COMMERCE
0–0–1984.
   THE PHANTOM LINING IS NOT A PART OF
THE MARK, BUT MERELY INDICATES THE
POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF
AN SOLE EDGE INCLUDING LONGITUDI-
NAL RIBBING, AND A DARK COLOR BAND
OVER A LIGHT COLOR.

SER. NO. 74–494,464, FILED P.R. 2–25–1994;
AM. S.R. 5–30–1997.

CATHERINE KAISER KREBS, EXAMINING
   ATTORNEY

# EXHIBIT 5



MARY JANE Shoe By Airwair
1226310_mary_jane_cteolin_godlonok1().jpg (4230x2632x240.jpeg)



DANCE DANCE REVOLUTION by Sugar Shoes

# EXHIBIT 6

SF/N007601/12368.1



SARACEN Boot by Airwair

HALO Boot by Sugar Shoes

# EXHIBIT 7

SF/N007601/12368.1

GUITAR HERO Boot by Sugar Shoes



SARACEN Boot by Airwair



# EXHIBIT 8

**Sugar's Rock Band Style Footwear**



**Doc. Martens Classic 1460 Boot**



# EXHIBIT 9

Sugar Shoe's ROCKBAND GRANDE



1B60 "20 EYE" Boot BY Airwair



Print  Close ⊠

**Sugar Women's Rock Band Boot**
Style No. 149684



**Other Views**

