AO 120 (Rev. 2/99)

E-filing

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☐ Patents or X Trademarks:

| DOCKET NO.<br>CV 09-00135 EMC | DATE FILED<br>1/12/09 | U.S. DISTRICT COURT<br>Northern District of California, San Francisco Division |
|---|---|---|
| PLAINTIFF<br>AIRWAIR INTERNATIONAL LTD | | DEFENDANT<br>BACK BEAT INC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

6-26-09 Consent Judgment Attached

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE<br>January 14, 2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

BRYAN CAVE LLP
MARCY J. BERGMAN (SBN 75826)
 marcy.bergman@bryancave.com
DEBORAH GOLDFARB (SBN 214942)
 debbie.goldfarb@bryancave.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:  (415) 675-3400
Facsimile:  (415) 675-3434

Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

ENTERED IN CIVIL DOCKET 6 26-09

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[San Francisco Division]

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>BACK BEAT, INC., a California corporation,<br><br>Defendant. | CASE NO. C 09-00135 EMC<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

The parties hereto having agreed to a settlement of the claims between them, and having stipulated to entry of this consent judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over defendant Back Beat, Inc. and over the subject matter at issue in this action. Defendant Back Beat, Inc. consents to jurisdiction of this Court for the purpose of executing and enforcing this Consent Judgment and Permanent Injunction, and this Court retains jurisdiction for this purpose.

2. AIRWAIR represents that it is the owner of the Dr. Martens® trade dress for footwear and is the owner of several U.S. registrations for its trade dress in the United States Patent and Trademark Office, including "the combination of yellow stitching in the

12583 / C070820-0231211
Case No. C 09-00135 EMC
CONSENT JUDGMENT AND PERMANENT INJUNCTION

1  welt area and a two-tone grooved sole edge" (Reg. No. 2,437,751, attached as Exhibit 1),
2  the yellow "welt stitch located around the perimeter of footwear" (Reg. No. 2,437,750,
3  attached as Exhibit 2), its DMS undersole design mark (Reg. No. 2,102,468, attached as
4  Exhibit 3, the "DMS Design Mark"), and "the design of an sole edge including
5  longitudinal ribbing, and a dark color band over a light color" (Reg. No. 2,104,349,
6  attached as Exhibit 4) (collectively "AIRWAIR Trade Dress Marks"). AIRWAIR
7  contends that it has the exclusive right to use the AIRWAIR Trade Dress Marks in
8  commerce, on or in connection with footwear.
9      3.   BACK BEAT acknowledges the validity the trademark registrations attached
10 as Exhibits 1 – 4.
11     4.   BACK BEAT has manufactured, imported, distributed, offered for sale and
12 sold at wholesale and retail shoes and boots that contain a white or beige color stitching in
13 the welt area, a grooved sole edge with longitudinal ribbing, and the undersole design as
14 shown in the DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND
15 and ROCKBAND GRANDE styles shown in attachments 5 - 10 hereto (referred to
16 collectively as "BACK BEAT INFRINGING FOOTWEAR"). BACK BEAT represents
17 and warrants that it sold in the United States 16,797 units of the BACK BEAT Infringing
18 Footwear for a total of approximately $349,024 and that as of the date of this Agreement,
19 no more than 4,578 units of the BACK BEAT Infringing Footwear remain in its inventory.
20     5.   BACK BEAT represents and warrants that as of the date of this Agreement,
21 it has discontinued manufacturing, licensing, distributing, purchasing or selling the
22 DANCE DANCE REVOLUTION, HALO, GUITAR HERO, ROCKBAND and
23 ROCKBAND GRANDE styles of BACK BEAT footwear in the United States and
24 worldwide. BACK BEAT further represents and warrants that it has not manufactured,
25 distributed, sold or offered for sale any other footwear styles that contain a white or beige
26 color stitching in the welt area and a grooved sole edge with longitudinal ribbing, or the
27 undersole design shown in Exhibit 10.
28     6.   BACK BEAT agrees to pay AIRWAIR a settlement amount as set forth in

1 | the parties' Confidential Settlement and Release Agreement.

2 |     7.     BACK BEAT, and each of its officer, directors, agents, servants, employees, subsidiaries, affiliates, predecessors, successors and/or other related companies, and persons in active concert or participation with BACK BEAT who receive actual notice of this order by personal service or otherwise, are permanently enjoined from manufacturing, importing, exporting, distributing, licensing, selling, marketing, advertising, promoting or offering for sale any footwear or any component part thereof that copies, imitates, or is confusingly similar to the AIRWAIR Trade Dress as illustrated in Exhibits 1 – 4 hereto, and any footwear with any of the AIRWAIR Trade Dress features of yellow welt stitching, two tone grooved sole edge, and/or the DMS undersole pattern.

8.     All point-of-sale materials, labels, signs, boxes, prints, catalogs, line sheets, marketing materials, internet web pages, metatags, packages, papers, other trade dress, and advertisements in the possession of BACK BEAT bearing images, illustrations, or representations of the enjoined shoes and boots, trade dress and undersole patterns, and all plates, molds, matrixes, and other means of making the same, shall be delivered to AIRWAIR's counsel or destroyed within ten (10) days.

9.     BACK BEAT agrees to donate all remaining inventory of BACK BEAT Infringing Footwear to a charity designated by AIRWAIR within 10 business days. BACK BEAT will be solely responsible for all storage, transportation and other expenses allocated with the donation of the remaining inventory of BACK BEAT Infringing Footwear.

IT IS SO ORDERED.

DATED: _____, 2009

By: _____
The Honorable
Judge of



/ / /

/ / /